# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-10-00194-CV

**In re D'Andre Lushawn Hansford**

## ORIGINAL PROCEEDING FROM LEE COUNTY

## M E M O R A N D U M   O P I N I O N

Relator filed his petition for writ of mandamus, complaining that the trial court had not signed an order of dismissal as agreed in relator's plea bargain or transmitted the dismissal to the Texas Department of Criminal Justice ("TDCJ"). *See* Tex. R. App. P. 52.8. We have received notification that the dismissal order was signed in September 2008, at the time the court entered judgment pursuant to the plea agreement, and that it was delivered to TDCJ on April 13, 2010. Because the relief sought by relator has been granted, we dismiss the petition for writ of mandamus.

_____

David Puryear, Justice

Before Chief Justice Jones, Justices Puryear and Pemberton

Filed:   May 20, 2010